

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Armen Simonyan DEFENDANT(S). | CASE NUMBER CR 18-499-JAK ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _August 8_, _2018_, at _2:00_ ☐ a.m. / ☑ p.m. before the Honorable _Charles Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/7/18_

_____
U.S. District Judge/Magistrate Judge